IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUSANA DIAZ,

    Plaintiff,

v.                                                      No. 14-cv-0497 RB/SMV

LAS CRUCES PUBLIC SCHOOLS
and XAVIER AVALOS,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties notified the Court on June 24, 2014, that they have reached a settlement in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **July 24, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                               _____
                                                               STEPHAN M. VIDMAR
                                                               **United States Magistrate Judge**