IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUSANA DIAZ,

    Plaintiff,

v.                                                  No. 14-cv-0497 RB/SMV

LAS CRUCES PUBLIC SCHOOLS
and XAVIER AVALOS,

    Defendants.

## ORDER SETTING IN-PERSON MOTION HEARING

**Date and time**:     August 28, 2014, at 1:30 p.m.

**Matter to be heard**:   Joint Motion to Approve Settlement of Minors [Doc. 24].

    **IT IS ORDERED** that a hearing on the pending motion [Doc. 24] is hereby set for August 28, 2014, at 1:30 p.m. in the Doña Ana Courtroom, United States Courthouse at 100 North Church Street in Las Cruces, New Mexico.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**